# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SHELDON BREWER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 23-00415 (UNA) |
| CHRISTOPHER WRAY *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

It is hereby

**ORDERED** that Plaintiff's application for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and the remaining motions, ECF Nos. 5, 6, are **DENIED**; it is further

**ORDERED** that the voluminous complaint (1,534 pages sans exhibits) and this case are **DISMISSED** for the reasons stated in the Memorandum Opinion issued in *Brewer v. Wray*, No. 22-cv-996 (UNA), 2022 WL 1597610, *aff'd*, No. 22-5158, 2022 WL 4349776 (D.C. Cir. Sept. 20, 2022) (attached).[1]

This is a final appealable Order.

_____/s/_____
RUDOLPH CONTRERAS
United States District Judge

Date: February 28, 2023

---

[1] Plaintiff is notified that his persistence with filing repetitive and frivolous cases, *see id.; Brewer v. Wray*, No. 1:22-cv-00116 (UNA), 2022 WL 226879, at *2 (D.D.C. Jan. 24, 2022); *Brewer v. Wray*, No. 21-cv-03218 (UNA), 2022 WL 160269, at *1 (D.D.C. Jan. 18, 2022); *Brewer v. Wray*, 22-cv-592 (UNA) (D.D.C. Apr. 7, 2022); *Brewer v. Wray*, 22-cv-365 (UNA) (D.D.C. Feb. 23, 2022); *Brewer v. Wray*, 21-cv-2954 UNA) (D.D.C. Nov. 16, 2021); *Brewer v. Wray*, 21-cv-2671 (UNA) (D.D.C. Oct. 15, 2021), may result ultimately in an injunction preventing him from bringing future cases in forma pauperis (IFP). *See Hurt v. Soc. Sec. Admin.*, 544 F.3d 308, 310 (D.C. Cir. 2008) (approving the denial of IFP status "prospectively" when "the number, content, frequency, and disposition of a litigant's filings show an especially abusive pattern").